**RECEIVED** NF

**JUN 14 2023**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Delores E Sellers (Deceased)
Antoinette C Sellers )
Plaintiff )
)
v. South Shore Nursing Home (Symphony) )
University of Chicago Hospital )
Medicare )
Defendant )
Medicaid

1:23-cv-03748
Judge Sara L. Ellis
Magistrate Judge M. David Weisman
RANDOM

**COMPLAINT**

Attach is information Related to the wrongful death of Delores E Sellers: 6/8/2017. Continuous investigation Related to dosage and time of Medication. Authorization and current state prior to Morphine being continuously administered via PCA pump/ intervenously.

Thank You

6/13/2023

### Discrimination

Legally discrimination can be direct (ie overtly differentiating between people and group) or indirect ie behaviour that will disproportionately affect particular people or some groups more than others

### Disease

disorder with a specific cause (which may or may not be known) and recognizable signs and symptoms; any bodily abnormality or failure to function properly, except that resulting directly from physical injury (the latter, however, may open the way for disease).

* It is often contrasted with illness where the abnormal symptoms, thoughts or feelings may be subjective and difficult to assess objectively

### ethics

the principles, values, virtues or rules of conduct accepted within a particular profession or field of activity. ie moral judgements + their nature + meaning

### Malpractice

professional misconduct treatment falling short of the standards of skill and care that can reasonably be expected from a qualified medical practitioner.

6/13/2023

Exhibit C

Antonette C Sellers
Delores E Sellers (Deceased)
Plantiff(s)

Case # 23L005785

South Shore Nursing Home Symphony
University of Chicago Hospital
Medicare
Medicaid
Defendants (Personal Injury Wrongful Death)

6/13/2023

6/8/2017 Delores Ella Sellers died after being abused, Neglected, Discriminated, and subjected to invasion of Privacy, Malpractice her Right were violated all lead to her wrongful Death.

After investigating

1) Recently found out that Delores Sellers after having surgery for abdominal mass at University of Chicago died of Wrongful Death.

2) Delores E Sellers when transferred to South Shore Hospital, affiliated with University of Chicago Staff administered the wrong Medication and she returned home only to go back to University of Chicago; Malpractice and violation of Patient Rights

3) During brief stay family was informed negligence and abuse to place due to failure to excercise Resonable care.

Case # 23L005725

A) Not Answering Call Light
B) Delaying Pain Medication
C) Not assisting with personal needs
  1) Hygiene
  2) toileting

4) Discrimination Reported by Delores E Sellers to family about facilities due to age and current disease stage.
  A) Told needy and old
  B) Delayed care
  C) Call light out of reach
Found out occurred at both facilities by family member recently.

5) Returned to University of Chicago Hospital. Told by staff Medicare/Medicaid will not pay for medication or care. Medicare/Medicaid Breach Of Contract negotiation/included medication even if generic however no substitute per staff available per staff, inability to provide medication for current condition.

6) Malpractice due to both facilities lack of professional conduct, short of standards treatments and skills.

7) Invasion of privacy due to hospital sharing HIPPA information with non authorized guest. Was recently informed mother placed on morphine

Case 23L005725

pump after interaction with persons claiming to be her neice which lived in another state.
Wrongful Death due to patient Rights being violated by malpractice morphine Right dosage and Right time. Unethical judgement of Delores Sellers situation which may have lead to morphine being started before the family arrived. Not allowing social services to assist with obtaining medication. Also notified DNR was not Reinstated before procedures started.

I, Antoinette C Sellers, am asking the court to award $10 million dollars for wrongful death.

Thank You
Antoinette C Sellers

2024 Vote DNK, Antoinette C Sellers, for the President of the USA

* Her time on the morphine if taken off may have caused catastrophic injury to her brain, mobility, Renal function and more.

Refer to O'Neill Institute, Supreme Court sides with Hospitals in Medicare Payment Dispute - O'Neil

Case #23L005725

Case
A) Loss of Delores E Sellers Life.
B) 20-114, American Hospital Assn v Bacerra (06/15/22)
C) 20-219 Cumming vs Premier Rehab Keller (04/28/22)
D) Lake Beulah Management District v The Village of East Troy

# Fact

Before surgery me, Antonette C Sellers, and my mother, Delores E Sellers, removed Do Not Resuscitate order so she could have the procedure done with surgeon. Also staff had my daughter as primary decision maker when I, Antonette C Sellers, am a medical professional and my mother's, Delores E Sellers, only living child without consulting me and remaining family.

Thank You